# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF KENTUCKY
# LONDON DIVISION

| | |
|---|---|
| In Re: | Case No. 19-61069 |
| David Lee William Morris<br>Ashley Marie Morris | Chapter 13 |
| Debtor(s). | Judge Gregory R. Schaaf |

### ORDER SUSTAINING MOTION FOR RELIEF FROM AUTOMATIC STAY OF PROPERTY KNOWN AS A 2017 NISSAN MAXIMA - VIN 1N4AA6AP9HC456367

For good cause shown, Nissan Motor Acceptance Corporation's ("Movant") Motion for Relief from Stay is hereby granted.

The Court finds that the Movant filed a motion that requested Relief from Stay as it relates to the property described as a 2017 NISSAN MAXIMA - VIN 1N4AA6AP9HC456367 (the "Property).

The Court further finds that the Trustee has not filed a written objection to the taking of the proposed action.

The Court further finds that the Debtors have not filed a timely written objection to the taking of the proposed action.

Therefore, pursuant to 11 U.S.C. §362, it is ORDERED that the stay issued in this action be terminated with respect to the Movant, its successors and assigns.

The Movant is hereby permitted to take any and all actions necessary to accelerate the balance due on the obligation, to foreclose its lien interest, to sell the Property in accordance with state law, to apply the net proceeds to this obligation, and to otherwise exercise its contractual and state law rights as to the Property.

Case 19-61069-grs   Doc 95   Filed 08/17/20   Entered 08/17/20 11:08:57   Desc Main
                    Document      Page 2 of 2

The stay shall remain terminated in the event the Debtors convert to a different chapter of the Bankruptcy Code.

This is a final and appealable order.

Respectfully Submitted,

/s/ Molly Slutsky Simons
Molly Slutsky Simons (97962)
Sottile & Barile, Attorneys at Law
394 Wards Corner Road, Suite 180
Loveland, OH 45140
Phone: 513.444.4100
Email: bankruptcy@sottileandbarile.com
Attorney for Movant

Pursuant to Local Rule 9022-1(c), Attorney for Movant shall cause a copy of this order to be served on each of the parties designated to receive this order pursuant to Local Rule 9022-1(c) and shall file with the court a certificate of service of the order upon such parties within seven (7) days hereof.

**DISTRIBUTION LIST**

Ryan R. Atkinson, Debtors' Counsel
rra@ask-law.com

Beverly M. Burden, Trustee
Notices@Ch13EDKY.com

Office of the U.S. Trustee
ustpregion08.lx.ecf@usdoj.gov

David Lee William Morris, Debtor
Ashley Marie Morris, Debtor
6037 Highway 761
Nancy, KY 42544-8630

___

**The affixing of this Court's electronic seal below is proof this document has been signed by the Judge and electronically entered by the Clerk in the official record of this case.**



**Signed By:**
*Gregory R. Schaaf*
**Bankruptcy Judge**
**Dated: Monday, August 17, 2020**
(grs)